**UNITED STATES DISTRICT COURT**

DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

December 21, 2011

LETTER TO COUNSEL:   *In re Webvention LLC ('294) Patent Litigation*
  Case No. 11-md-2294

Dear Counsel:

 Welcome to the District of Maryland and thank you in advance for the spirit of cooperation and efficiency I know you will bring to this litigation.  Enclosed is an initial order advising you on the procedures to register your appearance.  I will be in touch with you in the very near future concerning designation of counsel and scheduling issues.  In the meantime, please enjoy the holidays.

 Sincerely yours,

 /s/

 Catherine C. Blake
 United States District Judge