IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE: WEBVENTION LLC ('294)  :
     PATENT LITIGATION  :  MDL  11-md-2294
...o0o…

FIRST GENERAL ORDER - ALL ACTIONS

This Order is issued for the guidance of counsel in all cases now pending, and those that may hereafter be included, in the above-captioned Multi-District Litigation.

1. These cases are subject to electronic filing. Information on electronic filing procedures is available on the court's website: **www.mdd.uscourts.gov**

2. Counsel properly admitted in cases that were filed in other districts and transferred to Maryland need not file a motion for admission *pro hac vice* in these proceedings.

3. Counsel are advised to review the docket to ensure that their appearances have been entered. An attorney not listed on the docket must file a notice of appearance in both the MDL case and the pertinent individual District of Maryland cases(s). Detailed instructions can be found in the "Forms and Manuals" section of the court's website under "Attorney Admissions, MDL Instructions on Entry of Appearance."

4. Attorneys who are members of the bar of this Court and not already registered should go to the Court's website and register.

5. Attorneys who are not members of the bar of this Court must first ensure that their appearance has been entered in this case and may register by going to the website.

6. Only attorneys listed on the docket sheet and registered to use the electronic filing system shall receive notice from the Clerk's Office of orders and other documents filed by the Court.

7. All documents filed in these proceedings shall be captioned as above and include the following additional information:

   a. If a document generally applies to all of the cases in 11-md-2294, the caption shall include a notation that it relates to "ALL ACTIONS".

   b. If a document applies to only one case, the caption shall include the District of Maryland case number and the name of the individual case to which it applies, in addition to the MDL case number.

   c. If a document applies to more than one, but not all, cases, the caption shall include the District of Maryland case number and the name of the individual cases to which it applies, in addition to the MDL case number.

   d. All motions, pleadings, stipulations, and other documents should be filed in the docket for the Master MDL case 11-md-2294 as well as in the individual cases.

      (1) This procedure is necessary to ensure that the individual dockets are complete should any of the cases be transferred out of this district for trial.

      (2) If you or members of your staff have any questions about how to make simultaneous electronic filings both in the lead case and the relevant individual case(s), please contact Claudia Gibson (410-962-3854), Jennifer Lewis (410-962-3862), or Denise Skinner (410-962-3451).

8. As required by the Local Rules, counsel must submit a complete paper copy of any filing which, including attachments, is 15 pages or longer. This is provided as a courtesy copy to the judge.

    9.       Sealed documents should be filed in accordance with the procedures set forth in the CM/ECF civil procedures manual located on the Court's website.

SO ORDERED, this 21st day of December, 2011.

/s/
Catherine C. Blake
United States District Judge