**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

JAN 2 4 2012

UNITED STATES DISTRICT COURT

| | |
|---|---|
| **WEBVENTION LLC** | |
| Plaintiff, | |
| v. | Case No. 2:11-cv-486 |
| **GIORGIO ARMANI CORPORATION** | **JURY TRIAL DEMANDED** |
| Defendant. | |

<u>**ORDER OF DISMISSAL WITHOUT PREJUDICE**</u>

In consideration of Plaintiff Webvention LLC's Notice of Dismissal of all claims between Plaintiff Webvention LLC and Defendant Giorgio Armani Corporation, it is ORDERED, ADJUDGED, AND DECREED that all claims asserted in this suit between Plaintiff Webvention LLC and Defendant Giorgio Armani Corporation are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

SO ORDERED.

Approved

ccb
usdJ   1/25/12

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 JAN 25  A 11: 17

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY