IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: WEBVENTION LLC ('294) PATENT LITIGATION ) | MDL 11-md-2294 |
| WEBVENTION LLC ) ) Plaintiff, ) ) v. ) ) BEAZER HOMES USA, INC.; ) BEAZER HOMES TEXAS HOLDINGS, ) INC.; ) BEAZER GENERAL SERVICES, INC. ) ) Defendants. ) | 1:12-cv-00004-CCB |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Webvention LLC ("Webvention") and Defendants Beazer Homes USA, Inc., Beazer Homes Texas Holdings, Inc., and Beazer General Services, Inc. ("Beazer") hereby stipulate to the dismissal with prejudice of all claims asserted between them in the above captioned matter with each party to bear its own costs, expenses and attorneys' fees.

Dated: February 23, 2012

**BEAZER HOMES USA, INC., BEAZER HOMES TEXAS HOLDINGS, INC., AND BEAZER GENERAL SERVICES, INC.**

By: /s/ Matias Ferrario
Matias Ferrario
**Kilpatrick Townsend & Stockton LLP**
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone: (336) 607-7475
Facsimile: (336) 607-7500
Email: MFerrario@KilpatrickTownsend.com

Respectfully submitted,

**WEBVENTION LLC**

By: /s/ William E. Davis, III
William E. Davis III
Texas State Bar No. 24047416
**The Davis Firm, PC**
111 West Tyler Street
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
Email: bdavis@bdavisfirm.com

Sean T. O'Kelly (Del. I.D. No. 4349)

Approved
CCB
USDJ 2/23/12