IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: WEBVENTION LLC ('294) ) <br> PATENT LITIGATION ) | MDL 11-md-2294 |
| NOVARTIS CORPORATION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WEBVENTION HOLDINGS LLC, ET AL., ) <br> ) <br> Defendants. ) | 1:11-cv-03620-CCB |
| MARIE CLAIRE/HEARST, ET AL., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WEBVENTION LLC INC. ) <br> ) <br> Defendant. ) | 1:11-cv-03622-CCB |
| WEBVENTION LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ADIDAS AMERICA INC., et al., ) <br> ) <br> Defendants. ) | 1:11-cv-03623-CCB |
| WEBVENTION LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALLERGAN, INC., et al., ) <br> ) <br> Defendants. ) | 1:11-cv-03624-CCB |

| | | |
|---|---|---|
| WEBVENTION LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12-cv-00003-CCB |
| | ) | |
| CAMPBELL SOUP CO., ET AL. | ) | |
| | ) | |
| Defendants. | ) | |
| WEBVENTION LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12-cv-00006-CCB |
| | ) | |
| ENTERTAINMENT EARTH, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| WEBVENTION LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12-cv-00009-CCB |
| | ) | |
| LANDSTAR SYSTEMS INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| WEBVENTION LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12-cv-00011-CCB |
| | ) | |
| SUR LA TABLE, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| WEBVENTION LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12-cv-00013-CCB |
| | ) | |
| UNIVERSAL FOREST PRODUCTS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| WEBVENTION LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12-cv-00014-CCB |
| | ) | |
| VITACOST.COM, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| WEBVENTION LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12-cv-00016-CCB |
| | ) | |
| GNC HOLDINGS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| WEBVENTION LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12-cv-00017-CCB |
| | ) | |
| A/X ARMANI EXCHANGE LLC; | ) | |
| PRESIDIO INTERNATIONAL, INC. | ) | |
| | ) | |
| Defendant. | ) | |

# JOINT MOTION TO DISMISS

Plaintiff Webvention LLC ("Plaintiff" or "Webvention") and Defendants Coca-Cola Company ("Coca-Cola"), Nordstrom, Inc. ("Nordstrom"), L. L. Bean, Inc. ("L. L. Bean"), The Valspar Corporation ("Valspar"), Saks Incorporated ("Saks"), Vitacost.com, Inc. ("Vitacost.com"), and Presidio International Inc. ("Presidio") (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 41(a), hereby move for an order dismissing all of Plaintiff's claims in this action WITH PREJUDICE and dismissing Defendants' counterclaims WITHOUT PREJUDICE to refiling in the event someone else tries to file suit on the same claims, with each party to bear its own costs, expenses and attorneys' fees.

Dated: August 5, 2014

By: /s/ Derek S. Neilson
Derek S. Neilson
**Alston and Bird LLP**
2828 N. Harwood Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 922-3409
Facsimile: (214) 922-3839
Email: derek.neilson@alston.com

Kamran Jivani
**Alston and Bird LLP**
1201 W. Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-4631
Facsimile: (404) 253-8831
Email: kamran.jivani@alston.com

William H. Baker
**Alston and Bird LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9487
Facsimile: (212) 922-3888
Email: bill.baker@alston.com

**ATTORNEYS FOR DEFENDANTS**

Respectfully Submitted

By: /s/ William E. Davis, III
William E. Davis III
Texas State Bar No. 24047416
**The Davis Firm, PC**
222 N. Fredonia Street
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
Email: bdavis@bdavisfirm.com

Sean T. O'Kelly (Del. I.D. No. 4349)
Ryan M. Ernst (Del. I.D. No. 4788)
**O'Kelly & Ernst, LLC**
The Brandywine Building
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 295-4905
Facsimile: (302) 295-2873
Email: sokelly@oelegal.com
Email: rernst@oelegal.com

Benjamin Rosenberg
Maryland State Bar No. 00263
Stuart A. Cherry
**Rosenberg | Martin | Greenberg, LLP**
25 S. Charles Street, Suite 2115

**COCA-COLA COMPANY**
**THE VALSPAR CORPORATION**

By: /s/ Peter J. Brann
Peter J. Brann
David A. Swetnam Burland
Stacy O'Brien Stitham
**Brann and Isaacson**
184 Main Street, Box 3070
Lewiston, ME 04243
Telephone: (207) 786-3566
Facsimile: (207) 783-9325
Email: pbrann@brannlaw.com
Email: dsb@brannlaw.com
Email: sstitham@brannlaw.com

**ATTORNEYS FOR DEFENDANTS**
**NORDSTROM, INC. and**
**L.L. BEAN, INC.**

By: /s/ Michael J. Zinna
John F. Ward
Michael J. Zinna
David G. Lindenbaum
Patrick R. Colsher
**Ward & Zinna, LLC**
382 Springfield Ave.
Summit, New Jersey 07901
Telephone: (212) 697-6262
Facsimile: (908) 277-6373
Email: jward@wardzinna.com
Email: mzinna@wardzinna.com
Email: dlindenbaum@wardzinna.com
Email: pcolsher@wardzinna.com

**ATTORNEYS FOR DEFENDANT**
**SAKS INCORPORATED**

By: /s/ Jose C. Villarreal
Jose C. Villarreal
Brian D. Range
**Wilson Sonsini Goodrich and Rosati PC**
900 S Capital of Texas Highway
Las Cimas IV Fifth Floor
Austin, Texas 78746
Email: jvillarreal@wsgr.com

Baltimore, Maryland 21201
Telephone: (410) 727-6600
Facsimile: (410) 727-1115
Email: brosenberg@rosenbergmartin.com
Email: scherry@rosenbergmartin.com

**ATTORNEYS FOR PLAINTIFF**
**WEBVENTION LLC**

Email: brange@wsgr.com

**ATTORNEYS FOR DEFENDANT
VITACOST.COM, INC.**

By: /s/ Peter James Brann
Peter James Brann
Stacy O. Brien Stitham
Brann and Isaacson
184 Main Street, Box 3070
Lewiston, ME 04243
Telephone: (207) 786-3566
Facsimile: (207) 783-9325
Email: pbrann@brannlaw.com
Email: sstitham@brannlaw.com

**ATTORNEYS FOR DEFENDANTS
PRESIDIO INTERNATIONAL INC.**